## BROWNING v. CAROLINA POWER & LIGHT CO.

[340 N.C. 254 (1995)]

PAMELA A. BROWNING, GLENN BROWNING AND SHELBA BROWNING v. CAROLINA POWER & LIGHT COMPANY AND TONY LYNN GREGG

No. 225A94

(Filed 5 May 1995)

Appeal by defendant Carolina Power & Light Company pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 114 N.C. App. 229, 441 S.E.2d 607 (1994), finding error in a trial before Gray, J., at the 27 April 1992 Civil Session of Superior Court, Haywood County, and awarding a new trial. On 5 October 1994, this Court allowed plaintiffs' petition for a writ of certiorari as to issues not addressed in the dissenting opinion in the Court of Appeals. Heard in the Supreme Court 10 April 1995.

*Hyler & Lopez, by George B. Hyler, Jr., and Robert J. Lopez, for plaintiffs.*

*Van Winkle, Buck, Wall, Starnes and Davis, P.A., by Larry S. McDevitt and Michelle Rippon, and Lawrence F. Mazer, Associate General Counsel, for defendant Carolina Power & Light Company.*

PER CURIAM.

Justice Orr recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Nesbit v. Howard*, 333 N.C. 782, 429 S.E.2d 730 (1993).

AFFIRMED.